IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH LYONS, et al.,

    Plaintiffs,

v.

DENNIS BRYANT, et al.,

    Defendants.

Case No. 3:22-CV-01711-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on January 8, 2025 (reflecting that this case has settled in its entirety) (Doc. 155), this entire action is **DISMISSED with prejudice**.

    **DATED:** March 11, 2025

                               MONICA A. STUMP,
                               Clerk of Court

                               By:  s/ *Jackie Muckensturm*
                                      Deputy Clerk

    APPROVED: s/ *Stephen P. McGlynn*
                  STEPHEN P. McGLYNN
                  U.S. District Judge